UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> INFORMATION ASSOCIATED WITH ) <br> IKHOJA@GMAIL.COM AND ) <br> DISCEROS.CHEN@GMAIL.COM THAT IS ) <br> STORED AT PREMISES CONTROLLED BY ) <br> GOOGLE, INC. ) <br> ) <br> ) | No.  4:16 MJ 7259 SPM <br> **FILED UNDER SEAL** |

## **GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS**

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Gwendolyn C. Carroll, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s), along with the application, affidavit, return and other related documents filed in this matter.

Dated this 22nd day of May 2019.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 *s/Gwendolyn Carroll*
GWENDOLYN CARROLL, 4657003NY
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** ) | |
| ) | |
| INFORMATION ASSOCIATED WITH ) | |
| IKHOJA@GMAIL.COM AND ) | No. 4:16 MJ 7259 SPM |
| DISCEROS.CHEN@GMAIL.COM THAT IS ) | **FILED UNDER SEAL** |
| STORED AT PREMISES CONTROLLED BY ) | |
| GOOGLE, INC. ) | |
| ) | |
| ) | |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Gwendolyn C. Carroll, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s), along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

HONORABLE SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated: _____